# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**SYLVIA JENKINS**

                V.                **CASE NUMBER: 5:07-CV-930(NAM/GHL)**

**CITY OF SYRACUSE, Mayor's Office;**
**LEWIS BROWN; and MCKEE**

[ ]      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[XX]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANTS against PLAINTIFF dismissing this action pursuant to 28 U.S.C. §1915(e)(2) as set forth in the Memorandum-Decision and Order of the Hon. Norman A. Mordue filed on October 2, 2007.

DATED:    October 3, 2007

                                                      Clerk of Court

LKB:lmp